UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MATTHEW SCOT TEIXEIRA | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-3 |
| | § | |
| COMMISSIONER, SSA | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 12, 2022, the Report of the Magistrate Judge, (Dkt. #20), was entered containing proposed findings of fact and recommendation that the final decision of the Commissioner of the Social Security Administration be affirmed. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

So ORDERED and SIGNED this 4th day of August, 2022.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE